427 A.2d 1202

Klem v. Klem, Appellant.

Submitted November 16, 1979. John D. Gibson, for appellant; J. Douglas Wolfe, for appellee.

Before CERCONE, P. J., and MONTGOMERY and LIPEZ, JJ.

Order and decree affirmed. Having made an independent study of the entire record, we are of the opinion that the court below properly granted a decree in divorce in this case.